USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
JOHN DOE,                                            :     07 Civ. 4635 (WHP)

        Plaintiff,                         :     ORDER

    -against-                              :

TWENTIETH CENTURY FOX FILM                           :
CORP.,
                                                         :
        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        On June 2, 2007, Plaintiff purported to file this action identifying himself as a "John Doe" without obtaining prior permission of this Court. Plaintiff's counsel Emery Celli Brinckerhoff & Abady LLP is directed to show cause before this Court in Courtroom 11D on July 6, 2007 at 9:45 a.m. why Plaintiff should be permitted to continue to prosecute this action anonymously in light of his statements to the press about this lawsuit. *(Sore at Borat*, NEW YORK POST, Jun. 7, 2007, at 3.)

Dated: June 22, 2007
       New York, New York

                                      SO ORDERED:

                                      WILLIAM H. PAULEY III
                                            U.S.D.J.

Richard D. Emery
Emery Celli Brinckerhoff & Abady LLP
75 Rockefeller Plaza, 20th Floor
New York, NY 10019
*Counsel for Plaintiff*

Slade R. Metcalf
Hogan & Hartson
875 Third Avenue
New York, NY 10022
*Counsel for Defendant*