UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

JOHN DOE, proceeding anonymously,   Index No. 07 Civ. 4635 (WHP)

                Plaintiff,

                **AFFIDAVIT OF SERVICE**

   – against –

TWENTIETH CENTURY FOX FILM CORP.,

                Defendant.
-----------------------------------------------------------------x

      I, Kelly Stefanco, a Legal Assistant at Emery Celli Brinckerhoff & Abady LLP, hereby certify under penalty of perjury that I am *not* a party to the above action, am over 18 years of age, and reside in the County of Bergen, New Jersey.

      On June 6, 2007, I served a true and accurate copy of **Summons and Complaint**, dated June 1, 2007, based on an agreement with opposing counsel, by depositing same in an official depository for the U.S. mail with appropriate postage upon:

                Jason Conti
                Hogan & Hartson, LLP
                875 Third Avenue
                New York, NY 10022

The service is effective June 26, 2007 by agreement of counsel.

Dated: New York, New York
       June 26, 2007

                                              *Kelly Stefanco*
                                              Kelly Stefanco

Sworn To Before Me This
26th Day of June, 2007

_____
NOTARY PUBLIC

                SENNA RIAHI
           Notary Public, State of New York
                No. 01RI6113724
            Qualified in New York County
          Commission Expires August 2, 2008

W:\1508\1\KS0057.WPD