UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JEFFREY LEMEROND,

               Plaintiff,

     – against –

TWENTIETH CENTURY FOX FILM CORP.,

              Defendant.
------------------------------------------------------------X

Index No. 07 Civ. 4635 (WHP)

**CERTIFICATE OF SERVICE**

    I, Ian Johnson, a Legal Assistant at Emery Celli Brinckerhoff & Abady LLP, hereby certify under penalty of perjury that I am *not* a party to the above action, am over 18 years of age, and reside in the County of Kings, New York.

    On June 26, 2007, I caused to be served a true and accurate copy of **Plaintiff's Amended Complaint and Demand for Jury Trial**, dated June 25, 2007, by depositing same in an official depository for the U.S. mail with appropriate postage upon:

Slade Metcalf, Esq.
Hogan & Hartson, LLP
875 Third Avenue
New York, New York 10022

*Attorneys for Defendant*

Dated: New York, New York
       June 26, 2007

                                                                      _____
                                                                      Ian Johnson