USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/5/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
JEFFREY LEMEROND,                              :

                        Plaintiff,             :        07 Civ. 4635 (WHP)

            -against-                          :        ORDER

TWENTIETH CENTURY FOX FILM                     :
CORP.,
                                               :

                        Defendant.             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        In view of the fact that Plaintiff Jeffrey Lemerond has filed an amended complaint

substituting his true identity for that of a "John Doe", the need for a conference on July 6, 2007

is obviated.  The Clerk of Court is directed to amend the docket sheet to reflect that Plaintiff in

this action is Jeffrey Lemerond.


Dated: July 5, 2007
       New York, New York

                                        SO ORDERED:


                                        WILLIAM H. PAULEY III
                                        U.S.D.J.

*Counsel of Record:*

Richard Emery, Esq.
Emery Celli Brinckerhoff & Abady, LLP
75 Rockefeller Plaza
20th Floor
New York, NY 10019

Slade Metcalf, Esq.
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022