AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Jeffrey Lemerond

v.

Twentieth Century Fox Film Corp.

**APPEARANCE**

Case Number: 07 CV 4635 (LAP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Twentieth Century Fox Film Corporation

I certify that I am admitted to practice in this court.

July 16, 2007
Date

*Katherine M. Bolger* (signature)

Katherine M. Bolger | KM 6206
Print Name | Bar Number

Hogan & Hartson LLP  875 Third Avenue
Address

New York | NY | 10022
City | State | Zip Code

(212) 918-3000 | (212) 918-3100
Phone Number | Fax Number