# CERTIFICATE OF SERVICE

I, Katherine M. Bolger, hereby certify that on July 23, 2007, I caused a true and correct copy of the Notice of Motion, Statement Of Defendant Twentieth Century Fox Film Corporation Pursuant To Federal Rule Of Civil Procedure 7.1, Memorandum Of Law Of Twentieth Century Fox Film Corporation In Support Of Its Motion To Dismiss The Amended Complaint, Declaration Of Slade R. Metcalf In Support Of Motion To Dismiss Of Defendant Twentieth Century Fox Film Corporation and Declaration Of Bonnie I. Bogin In Support Of Motion To Dismiss Of Defendant Twentieth Century Fox Film Corporation to be served through the Court's electronic notification system and by hand delivery upon:

Richard D. Emery, Esq.
EMERY CELLI BRINCKERHOFF
& ABADY LLP
75 Rockefeller Plaza, 20th Floor
New York, New York 10019

*Attorneys for Plaintiff*

Dated: July 23, 2007

                     s/ Katherine M. Bolger
                     KATHERINE M. BOLGER