## EXHIBIT A

**To the Declaration of Bonnie I. Bogin
(A true and correct copy of the Film on DVD)
submitted in hard copy in Chambers)**

**[Not Filed Electronically]**