⚜AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN   DISTRICT OF   NEW YORK

Jeffrey Lemerond

v.

Twentieth Century Fox Film Corp.

**APPEARANCE**

Case Number: 07 CV 4635 (LAP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Twentieth Century Fox Film Corporation

I certify that I am admitted to practice in this court.

July 19, 2007
Date

*/s/ Slade R. Metcalf/*
Signature

Slade R. Metcalf | SM 8360
Print Name | Bar Number

Hogan & Hartson LLP  875 Third Avenue
Address

New York | NY | 10022
City | State | Zip Code

(212) 918-3000 | (212) 918-3100
Phone Number | Fax Number

## CERTIFICATE OF SERVICE

I, Rachel F. Strom, hereby certify that on July 24, 2007, I caused a true and correct copy of the Appearance of Slade R. Metcalf to be served through the Court's electronic notification system upon:

Richard D. Emery, Esq.
EMERY CELLI BRINCKERHOFF
& ABADY LLP
75 Rockefeller Plaza, 20th Floor
New York, New York 10019

*Attorneys for Plaintiff*

Dated: July 24, 2007

                                                    s/ Rachel F. Strom
                                           RACHEL F. STROM (RS 9666)