## CERTIFICATE OF SERVICE

    I, Rachel F. Strom, hereby certify that on August 31, 2007 I caused a true and correct copy of the Reply Memorandum of Law of Twentieth Century Fox Film Corporation in Further Support of Its Motion to Dismiss the Amended Complaint to be served through the Court's electronic notification system and via Federal Express upon:

> Richard D. Emery, Esq.
> EMERY CELLI BRINCKERHOFF
> & ABADY LLP
> 75 Rockefeller Plaza, 20th Floor
> New York, New York 10019
>
> *Attorneys for Plaintiff*

    By: s/ Rachel F. Strom
         RACHEL F. STROM