```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/-
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
JEFFREY LEMEROND,

                Plaintiff,                      07 **CIVIL** 4635 (LAP)

    -against-                           **JUDGMENT**

TWENTIETH CENTURY FOX FILM CORP.,
                Defendant.
-------------------------------------------------------------X

      Defendant having moved to dismiss pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Loretta A. Preska, United States District Judge, and the Court, on March 31, 2008, having rendered its Memorandum and Order granting defendant's motion to dismiss the complaint, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated March 31, 2008, defendant's motion to dismiss the complaint is granted; accordingly, the case is closed and all pending motions are denied as moot.

**Dated:**  New York, New York
          March 31, 2008

                                                **J. MICHAEL McMAHON**
                                                   **Clerk of Court**

                        **BY:**
                                                       **Deputy Clerk**

                                                **THIS DOCUMENT WAS ENTERED**
                                                **ON THE DOCKET ON** _____